IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01429–KMT–CBS

WILLIAM JONES, and
CAROLYN JONES,

    Plaintiffs,

v.

BNSF RAILWAY COMPANY, a Delaware corporation, and
NATIONAL RAILROAD PASSENGER CORPORATION, doing business as AMTRAK,

    Defendants.

## ORDER AND ORDER OF REFERENCE

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) by Judge Marcia S. Krieger and was assigned to Magistrate Judge Kathleen M. Tafoya on August 13, 2010. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) and (b), it is hereby

**ORDERED** that Magistrate Judge Craig B. Shaffer is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. It is further

**ORDERED** that the Order of Reference to United States Magistrate Judge, entered by Judge Krieger on June 22, 2010 [Docket No. 6], is **VACATED**. It is further

**ORDERED** that the Rule 16 Conference set for July 12, 2011, is **VACATED**. It is further

**ORDERED** that a Final Pretrial Conference is set for **May 10, 2011, at 9:30 a.m.** in Courtroom C-201, Second Floor, Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Tafoya **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at [www.co.uscourts.gov](www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website. Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

Dated this 1st day of September, 2010.

                                        **BY THE COURT:**

                                        Kathleen M. Tafoya
                                        United States Magistrate Judge